**Nicie DILLEHAY, also known as Nicie Anne Smith, Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Appellee.**

No. 09–1152.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 23, 2009.

Filed: Dec. 28, 2009.

Nicie Dillehay, Bryant, AR, pro se.

Christopher Carillo, Assistant Regional Counsel, Social Security Administration

---

sota.

Office of the General Counsel, Dallas, TX, Stacey E. McCord, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

**PER CURIAM.**

Nicie Dillehay appeals the district court's[1] order affirming the denial of disability insurance benefits for the period from July 1999 until mid-January 2004. Having conducted de novo review of the relevant record and having carefully considered Dillehay's arguments for reversal, see *Davidson v. Astrue,* 578 F.3d 838, 841–42 (8th Cir.2009) (standard of review), we agree with the district court that substantial evidence supports the administrative law judge's adverse decision. Accordingly, we affirm, see 8th Cir. R. 47B, and we grant appellee's motion to strike Dillehay's appendix.

---

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court Judge for the Eastern District of Arkansas.